STATE OF CONNECTICUT *v.* JEROME LEGGETT

The defendant's petition for certification for appeal from the Appellate Court, 94 Conn. App. 392 (AC 25189), is denied.

*David J. Reich,* special pubic defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided May 16, 2006

STATE OF CONNECTICUT *v.* QUENTIN V. STEPNEY

The defendant's petition for certification for appeal from the Appellate Court, 94 Conn. App. 72 (AC 25415), is denied.

*Andrew Stephen Knott,* special public defender, in support of the petition.

*Margaret Gaffney Radionovas,* senior assistant state's attorney, in opposition.

Decided May 16, 2006

STATE OF CONNECTICUT *v.* LAMONT V. SAMUEL

The defendant's petition for certification for appeal from the Appellate Court, 94 Conn. App. 715 (AC 25626), is denied.

*Jane E. Carroll,* special public defender, in support of the petition.

*Mitchell S. Brody,* senior assistant state's attorney, in opposition.

Decided May 16, 2006